1/14/15

To: Court Of Appeals

Fourth Court Of Appeals District

Cadena Reeves Justice Center

300 Dolorosa Suite,3200

San Antonio Texas 78205-3037

Honorable Judge LittleJohn

Court Appeals Number 04-14-00785-cv

Trial Court Case Number 2011-c1-15957

From: Maryann Castro Pro Se

1501 Olive

Jourdanton Texas 78026



Honorable Judge LittleJohn,

I Maryann Castro file a motion to disagree review of Appellee, Manuel Castro contest, Affidavit of Indigency filed by Appellee, Manuel Castro, Social Security Statement see copy

I Maryann Castro, I am being discriminated against by Appellee, Manuel Castro Americans with Disability act, which entitles a spouse, disabled to Spousal Maintence for within the marriage Maryann Castro became disabled.

Appellee, Manuel Castro, has mocked, ignored, the disability of Maryann Castro, which happened within the marriage, Attorney Appelt, knew of the disability of Maryann Castro, and ignores, the evidence of proof see copy of Social Security Statement and ticket to work program

By law if a disabled person wants to work, it is allowed in the ticket to work program, it is not against the law to seek employment if able to find employment. See copy of ticket to work program.

I Maryann Castro am seeking justice in the Agreement for Final Divorce, Signed by Judge Canales, which has the signatures, Of Appellee Manuel Castro, and his mistress Christina Pacheco, which has fraud, overvalue the martial property to falsely gain 40,000, and signature that has Attorney Appelt who still proceeded in a Divorce Agreement knowing his client Appellee, Manuel Castro was in bankruptcy and still continue to make a financial agreement, hiding the bankruptcy Appellee Manuel Castro was not making the mortgage payments, has a balance of 73,967.02 and allowed the martial property to go into foreclosure Jan 6,2015, to jeopardize Maryann Castro interest, which Maryann Castro paid 3500 to stop foreclosure. See Copy of BSI Statement

I Maryann Castro pray for the court, to stop the Harassment filings of Attorney Appelt, who does not abide by the law and who is discriminating against Appellants right to proceed in Appeals Court, to Modify, Contest, the Agreement of Final Divorce, signed by Judge Canales on Oct 30,2013, I have exhausted my Social Security Disability income, due to the fraud committed by Appellee Manuel Castro, and his mistress Christina Pacheco, Attorney Appelt, who continues to harass a disabled person by continued filings to throw the court off the actual fact fraud was committed in the Final Agreement, and Disabled person Appellants Affidavit Of Indigency to proceed in Appeals Court, Maryann Castro right to spousal Maintence awarded and overturning the Agreement to Final Divorce, by stopping the fraud, harassment which Appellee, Manuel Castro involvement in overvaluing the martial property using a Comparative Market Analysis a realtors opinion, not a certified appraisal, and bankruptcy hidden on Oct 30,2013.

Appellee, Manuel Castro, has been residing with mistress Christina Pacheco at 624 Goodwin, Pleasanton Texas, during the marriage and financially did not support Appellant Maryann Castro during the separation, and continues to defraud Maryann Castro right to Spousal Maintence by having Attorney Appelt file to Contest Appellants Affidavit of Indigency, knowing the fact Appellant Maryann Castro disability began in the person marriage, I pray for the Court to honor my request thirty years of 800.00 a month for 10 years and proceed in the Appeals Court the Agreement for Final Divorce to grant relief of Maryann Castro, Appellants request, to Modify the dollar amount to zero based on fraud, adultery Committed by Appellee Manuel Castro Mistress Christina Pacheco the non-spouse, And Attorney Joseph Appelt for fraud and continue Harassment with his filings knowing the truth Appellant Maryann Castro is disabled see copy of Social Security Disability and Ticket to work program right of a disabled person to seek employment.

Appellee Manuel Castro, and Mistress Christina Pacheco, both were involved in fraud, see signatures, non-spouse. Appellee Manuel Castro sister Leila Silva works for post office in San Antonio and is stealing my mail, I did not get your response by mail only email.

Maryann Castro-Appellant and pro se

1501 Olive

Jourdanton Texas 78026

830-496-0133

Pacattitude2014@gmail.com

My P.O. 495

Pleasanton Texas 78064

# cial Security Administration
## etirement, Survivors and Disability Insurance

Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: August 20, 2014
Claim Number: 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HA

*[handwritten: 9/15/14]*

*[handwritten: SI # 44675 OGH]*

*[handwritten: I sent BSI, A offer $800 a month for 30 years — Never got A Response.]*

0000664 RORM17 1A 0.470
MARYANN CASTRO
PO BOX 495
PLEASANTON TX 78064-0495

We are writing to you about a change in your payment amount. The chart below shows how we will withhold overpaid Social Security benefits paid to you.

| Month(s) | Amount you will receive | Amount withheld | Balance you owe |
|---|---|---|---|
| 08/14 | $788.00 | $180.00 | $6,257.80 |

If you pay Medicare premiums or health plan premiums, they have been deducted from the amount shown under the heading "Amount you will receive."

## What We Will Pay And When

You will receive $788.00 for August 2014 in September 2014.

After that, you will receive $788.00 on or about the third of each month.

You will receive your full regular monthly payment beginning September 2017.



## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 866-964-7432. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
3438 E SOUTHCROSS
SAN ANTONIO TX 78223

C

See Next Page



---

## Ticket Overview

---

### Ticket to Work Program Overview

**What is the Ticket Program?**

**Eligibility**

Social Security's Ticket to Work Program is a free and voluntary program available to people ages 18 through 64 who are blind or have a disability and who receive Social Security Disability Insurance (SSDI) or Supplemental Security Income (SSI) benefits.

**Goals**

The goals of the Ticket to Work Program are to:

- Offer beneficiaries with disabilities expanded choices when seeking service and supports to enter, re-enter, and/or maintain employment;
- Increase the financial independence and self-sufficiency of beneficiaries with disabilities; and
- Reduce and, whenever possible, eliminate reliance on disability benefits.

The beneficiary does not need a paper Ticket to participate. Under this program, eligible beneficiaries with disabilities who are receiving monthly cash benefit payments are entitled to participate by signing up with an approved service provider of their choice. This can be an Employment Network (EN) or a State Vocational Rehabilitation (VR) agency. The EN/State VR agency, if they accept the Ticket assignment, will coordinate and provide appropriate services to help the beneficiary find and maintain employment. These services may be training, career counseling, vocational rehabilitation, job placement, and ongoing support services necessary to achieve a work goal.

**What are the Advantages of the Ticket to Work Program?**

While participating in the Ticket to Work Program, beneficiaries can get the help they need to safely explore their work options without immediately losing their benefits and find the job

that is right for them. Beneficiaries also can use a combination of work incentives to maximize their income until they begin to learn enough to support themselves. Therefore, the individual can:

- Go to work without automatically losing disability benefits;
- Return to benefits if he or she has to stop working;
- Continue to receive healthcare benefits; and
- Be protected from receiving a medical continuing disability review while using the Ticket and making the expected progress with work or educational goals.

For a complete guide to the work incentives, go to: http://www.ssa.gov/redbook/

**Who Can Help the Beneficiary Better Understand the Ticket to Work Program?**

## Employment Networks

An Employment Network (EN) is a private organization or public agency (including a State VR agency) which entered into an agreement to provide employment services, vocational rehabilitation services, and other types of support to beneficiaries with disabilities under the Ticket to Work Program.

Beneficiaries can contact any EN to see if the service and supports the EN offers are right for them. The beneficiary and EN must agree to work together and develop a plan that describes the beneficiary's employment goal and outlines the services and support the EN will provide to help the beneficiary reach the goal. Beneficiaries are free to talk with as many ENs as they wish before choosing to assign his or her Ticket. If a beneficiary assigns their Ticket to an EN and later changes his or her mind about working with that EN, the beneficiary can un-assign the Ticket and take it to another EN. When a beneficiary chooses to receive services from a EN, Social Security considers that the beneficiary is using the Ticket and therefore, is protected from medical disability review.

Use the Find Help to locate an EN in your area.

## Vocational Rehabilitation Agencies

A State Vocational Rehabilitation (VR) agency can help beneficiaries who want to return to work or to work for the first time, but who need more significant services to make work possible. VR can help beneficiaries get ready to work, and, when VR services have ended, the VR agency may be able to help the beneficiary find an EN who can help them keep the job

and make more money. When a beneficiary chooses to receive services from a VR agency, Social Security considers that the beneficiary is using the Ticket and therefore, is protected from medical disability review.

Use the Find Help to locate a State VR in your area.

## Work Incentive Seminar Events

Social Security conducts national **Work Incentive Seminar Events (WISE)** Webinars online each month for beneficiaries with disabilities and their families to learn more about the Ticket to Work Program and available work incentives through accessible, informal, learning opportunities. **The goals of a WISE are to encourage SSDI and SSI beneficiaries to *explore their work options and join the workforce.***

Register for a WISE to learn more about the Ticket to Work Program and Work Incentives.

## Useful Links

Work Site Home

For Beneficiaries

For Service Providers

Have Questions or Want to Contact Us?

Ticket to Work Program Managers

Ticket to Work Evaluation

Ticket Program Operations Manual System (POMS)

Cause Number No. 2011- CI - 15957

Petitioner Plaintiff Maryann Castro ___4574___ Court Number

Respondent Defendant_____

## Affidavit of Indigency

My name is Maryann Castro My Phone number is 830-496-0133

My Mailing Address Is 1501 Olive st Jourdanton Texas

My Email Address is PACATTITUDE06@AOL.COM

Pacattitude2014@gmail.com

I am above the age of (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature of my income, resources, debts, and expenses are described in this form.

I receive these public benefits/government entitlements that are based on indigency.

SSI DISABILITY

My Monthly income is 788.00 see copy

Monthly expenses

Electric $230.00

Food $150.00

water $100.00

Phone$100.00

Medicine$100.00

Leaving me with $48.00

My debts include student loans which are on deferment

I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct.

Maryann Castro                                   12-29-14

Maryann Castro                                   Date



10/09/2014

MANUEL G CASTRO JR
1501 OLIVE ST
JOURDANTON, TX 78026-2220

Loan Number: 44675
Property Address: 1501 OLIVE STREET
JOURDANTON, TX 78026

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear MANUEL G CASTRO JR:

This letter is formal notice by BSI Financial Services, Inc. (herein as "BSI") the Servicer of the above-referenced loan, on behalf of MLB SUB I, LLC that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

The loan is due for 12/01/2011 and subsequent payments, plus late charges, fees and costs. As of today, the total delinquency and reinstatement amount is $73,967.02, which consists of the following:

| | |
|---|---|
| Next Payment Due Date | 12/01/2011 |
| | $66,367.76 |
| Total Monthly Payments Due:<br>(35 @ $1,732.72) | $4,204.26 |
| Late Charges | $3,395.00 |
| Other Fees: | ($0.00) |
| Unapplied Balance: | |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | $73,967.02 |

It is possible that after payment of the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that BSI paid on your behalf or advanced to your account.

This letter is a formal demand to pay $73,967.02. If the default, together with additional payments that subsequently become due, is not cured by 11/13/2014, BSI will accelerate the note so that the entire debt is immediately due and payable, and take steps to terminate your ownership in the property by a foreclosure proceeding or other action to seize the property.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, BSI offers consumer assistance programs designed to help resolve delinquencies and avoid FORECLOSURE. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives. If you would like to learn more about these programs, you may contact the Loss Mitigation Department at (800) 327-7861, Monday-Wednesday 8 am to 8 pm EST, Thursday 8 am to 6 pm EST, Friday 8 am to 5 pm EST, Saturday 8 am to 12 pm EST. WE ARE VERY INTERESTED IN ASSISTING YOU.

The default above can be cured by payment of the total delinquency and reinstatement amount plus any



TX_NOI

2289840947

In the matter of
the marriage of
Manuel Castro
~~vs~~ and

Mary Ann Castro

Non- ~~Spouse~~ Respondent
Tina Pacheco

CAUSE NO. 2011-CI-15957

IN THE DISTRICT COURT

45th JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

AGREEMENT FOR Final Divorce

On the 30 day of October, 20 13, came on to be heard the above styled and numbered cause of action.

Petitioner and Respondent appeared in person and announced ready. After conference, the parties reached an agreement on the terms and conditions set forth below.

By the signatures below the parties acknowledge that this agreement expresses the entire understanding and accord of the parties in consent that the Court may, without further notice, enter binding orders in accordance with this agreement.

1. Grounds: Irreconsiable differences

2. Property Award    Petitioner Manuel Castro ① awarded 100% of his 401k resultant from employement w/ Johnson Controls and for consideration of his reduced equity as an offset in interest in property located at 1501 Olive Street, Jourdanton, Texas 78026. ② Awarded $40,000 in equity of the home located at 1501 Olive Street, Jourdanton, Texas at time of refinancing but no later than February 28, 2014 11:59pm. ③ All personal property in his possession or subject to his control ④ Pictures + paper of father and books if any in Manuel Castro Poss. ① residence located Respondent Mary Ann Castro awarded the marital residence located at 1501 Olive Street, Jourdanton, Texas 78026 subject to $40,000 equity award to husband and ② any and all contents in home and her possession and subject to her control. ③ the animals in her possession.

3. Debts: Each party is responsible for the debts in their name. Each party pays own attorney fees + cost associated with this litigation. Mary Ann Castro is responsible for the mortgage + related expenses of the home awarded to her at 1501 Olive Street, Jourdanton, Texas 78026. Manuel Castro responsible for his bankruptcy payments

Parties/Attorneys Initials    MC    MAC
                              Petitioner    Respondent

continuation

Other terms concerning 1501 Olive Street, Jourdanton, Texas 78026

(A) Mary Ann Castro shall use due diligence in attempting to have home refinanced by February 28, 2014 11:59 pm. If Mary Ann Castro is unable to refinance home or otherwise remove Manuel Castro's name of the mortgage of the home on Olive Street Jourdanton, then she or any party may move to extend time to refinance upon Motion or assertion with the court for that extension of time. Mary Ann Castro need show due diligence.

(B) If Manuel Castro has to expend funds to prevent foreclosure, he shall be entitled to reimbursement of that cost from sale of the home. Manuel Castro authorized to do what he needs to prevent foreclosure of home without harming MaryannCast interest.

(C) If the Olive Street home is unable to be refinanced by the designated period by the court, then the home shall be sold and $40,000 shall be awarded + paid to Manuel Castro and the balance of the proceeds shall be paid + awarded to Mary Ann Castro.

Only Contested issue

Judge determined time for refinancing, to February 28, 2014 11:59 pm, and other terms regarding extention of time to do so.

MC

CAUSE NO. 2011-CI-15957                                    page

Temporary/Permanent Injunction:
NO ALIMONY AWARDED

All parties agree in good faith to cooperate, to execute all documents necessary to effectuate the desired intent and agreement of the parties. All parties futher agree to not impede or otherwise interfer with Mary Ann Castro's attempts to refinance the hon at 1501 Olive Street, Jourdanton Texas 78026.

See Attachment A&B for other terms

SIGNED and ENTERED on this ___30___ day of ___October___ 20_13_

_____
JUDGE PRESIDING David Canales

APPROVED AS TO FORM:

_____
Attorney for Petitioner Joseph Appealt
TBN: 00789806

_____
Attorney for Respondent TBN 05804750
M. Dinorah Diaz

APPROVED AS TO FORM AND SUBSTANCE:
(Please provide complete mailing address below.)

X_____
Petitioner (signature) Manuel Castro

_____
Non Spouse - Respondent
Tina Pacheco  Pro Se
625 Houston St Pleasanton Tx 78064
Address

_____
Respondent (signature) Mary Ann Castro

City / State / Zipcode
830 / 570 - 5830
Telephone Number

If Respondent or Petitioner is unrepresented, always include a mailing address.

The parties retain their position and rights to assert any and all claims and or defenses pertaining to the lawsuit involving the mobile home w/ green tree servicing.

or me CLP mae

City, Zip, Neighborhood, Address or MLS#

San Antonio Metro Area > 78026 > **1501 Olive Street, Jourdanton, TX 78026**



# 1501 Olive Street Jourdanton, TX 78026

| $216,240 LOW | $254,400 ? | $292,560 HIGH |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| Value Estimate | $254,400 ? | Beds | -- | |
| Payment Estimate | $959/mo ? | Baths Full | -- | |
| Rent Estimate | $1,700 ? | Baths Half | -- | |
| Tax Estimate | $3,281 ? | Sq Ft | 2,404 | |
| HomeScore | 40 ? | Lot Size | 9.00 | |
| InvestorScore | 34 ? | Construction | -- | |
| Last Sale Date | 08/25/2000 | Style | -- | |
| Last Sale Price | -- | Year Built | 2005 | |

Mortgage Rates        Get Pre-Approved        Edit Home Facts        Share Home

1501 Olive Street is located in Jourdanton, TX. At this time, the property has an estimated value of $254,400 and yearly taxes of $3,281. This home has approximately 2,404 sqft of living space. The property was built in 2005. Similar homes nearby sell for around $250,000.

# Comparative Market Analysis

Property At:

*Prepared For:*
Manuel Castro
1501 Olive
Jourdanton, TX 78026



*Prepared By:*
Archie Marmolejo
All Season Realty



All Season
Realty

Office Phone: (830) 281-5263
Direct Line: (210) 347-7330
Personal Fax Number: (210) 569-6211
Email: marmolejoarchie@aol.com

*THIS IS A BROKER PRICE OPINION OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.*

# Comparative Market Analysis

## Property At: 1501 Olive Street

*Prepared For:*
Maryann Castro
1501 Olive Street
Jourdanton, TX 78026

*Prepared By:*
Karen Potts
Dowdy Real Estate, LLC



Office Phone: (830) 569-6883
Direct Line: (830) 569-6883
Personal Fax Number:
Email: karen@dowdyrealestate.com

*THIS IS A BROKER PRICE OPINION OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL making any decision that relies upon my work, you should know that I have not followed the guidelines for development of a appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.*

# BUCKLEY ▦ MADOLE

**Buckley Madole, P.C.**
14841 Dallas Parkway, Suite 425
Dallas, TX 75254
Main: (972) 643-6600
Fax: (972) 643-6699

LEGAL PRECEDENT IS NOT CLEAR AS TO WHETHER THE SENDING OF THIS LETTER MAKES US A DEBT COLLECTOR. TO THE EXTENT IT DOES, PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

December 2, 2014

MARY CASTRO
1501 OLIVE STREET
JOURDANTON, TX 78026

Re:   Loan No.: 44675

      Property: 1501 OLIVE STREET, JOURDANTON, TX 78026

## FAIR DEBT COLLECTION PRACTICES ACT NOTIFICATION

We represent BSI Financial Services, Inc., whose address is 7505 Irvine Center Drive, Irvine, CA 92618 which, if it is not the Current Mortgagee, is acting as the Mortgage Servicer and representing the Current Mortgagee pursuant to a Mortgage Servicing Agreement concerning the Note and Deed of Trust which are associated with the above referenced loan number.

Our firm has been requested to pursue foreclosure processing in accordance with the terms of the Note and Deed of Trust and applicable law.

1. According to the information provided to us by our client, the total amount required to cure the default under the note and deed of trust through December 15, 2014 is $79,019.30 and the total amount required to payoff the debt through November 30, 2014 is $275,251.54.

2. Because of payment installments that accrue monthly and other charges that may vary from day to day, the total amount required to cure the default may be greater on the day that you choose to pay. Likewise, because of interest and/or other charges that may vary from day to day, the total amount required to payoff the debt may be greater on the day that you choose to pay. Hence, should you choose to pay either of the amounts shown above, an adjustment may be necessary after your check is received in which event we will notify you before the check is deposited for collection. For further information, write our firm at Buckley Madole, P.C., Attn: Foreclosure Department, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254 or call us at (972) 643-6600 .

3. You have thirty days after you receive this letter to dispute the validity of the debt or any part of it. If you do not dispute it within that period, our firm will presume that it is valid.

4. If you notify our firm in writing within the thirty-day period that the debt, or any portion thereof, is disputed, our firm will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by our firm.

If you require further information, please let us hear from you.

Very truly yours,

Buckley Madole, P.C.

# BUCKLEY ▓ MADOLE

Buckley Madole, P.C.
14841 Dallas Parkway, Suite 425
Dallas, TX 75254
Main: (972) 643-6600
Fax: (972) 643-6699

LEGAL PRECEDENT IS NOT CLEAR AS TO WHETHER THE SENDING OF THIS LETTER MAKES US A DEBT COLLECTOR. TO THE EXTENT IT DOES, PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.

Via certified mail return receipt requested and first class mail

MARY ANN CASTRO
1501 OLIVE STREET
JOURDANTON, TX 78026

December 15, 2014

Re:
Last Four Digits of the Loan No: 4675
Property: 1501 OLIVE STREET, JOURDANTON, TX 78026

We represent BSI Financial Services, Inc., whose address is 7505 Irvine Center Drive, Irvine, CA 92618 which, if it is not the Current Mortgagee, is acting as the Mortgage Servicer and representing the Current Mortgagee pursuant to a Mortgage Servicing Agreement concerning the Note and Deed of Trust which are associated with the above referenced loan number.

Our firm has been requested to pursue non-judicial foreclosure processing in accordance with the terms of the Note and Deed of Trust and applicable law. Consistent therewith, the following notices are provided to you:

1. The maturity date of the Note has been accelerated, all sums secured by the Deed of Trust have been declared to be immediately due and payable and an enforcement of the Power of Sale Clause in the Deed of Trust which provides for the sale of the above-referenced property at a public foreclosure sale in the time and manner permitted by law has been requested.
2. Pursuant to that request, the property has been scheduled for foreclosure sale on Tuesday, 6th day of January, 2015 between the hours of 10:00A.M. and 4:00P.M. At AT THE WEST PORCH TO THE ATASCOSA COUNTY COURTHOUSE of Atascosa County Texas. If the preceding area is no longer the designated area, the place of sale will be at the area most recently designated by the Atascosa County Commissioner's Court. This sale shall commence at 12:00PM or within three hours thereafter. The property will be sold to the highest bidder for cash.

Attached for your further review is a copy of the Notice of Acceleration and Notice of Trustee's Sale which has been or will be filed with the Atascosa County Clerk and posted at the courthouse door or other location designated by the County Commissioners.

Very truly yours,

Buckley Madole, P.C.